

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   **CLERK**                                                                                     (312) 435-5691

November 4, 2010

Clerk of Court

USDC Northern District of Indiana

United States Courthouse
204 South Main Street

Room 102

South Bend, IN 46601

**Re: Hudson Surgical Design, Inc. V. Biomet, Inc.**
**Case No:** 10cv4459

Dear Clerk:

Pursuant to the order entered by Honorable Ruben Castillo, on October 18, 2010,  the above record

- ■  was electronically transmitted to U.S.D.C. for the Northern District of Indiana, South Bend Division.

Please acknowledge receipt of electronically transferred case by signature to this letter.

                                                        Sincerely yours,
                                                        **Michael W. Dobbins, Clerk**

                                                        By:     /s/P. Susan McClintic
                                                                Deputy Clerk

New Case No. _____        Date _____

cc:     Non-ECF Attorneys and Pro se Parties