# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:10–cv–04459

APPR, MASON, TERMED

| | |
|---|---|
| Hudson Surgical Design, Inc. v. Biomet, Inc. | Date Filed: 07/19/2010 |
| Assigned to: Honorable Ruben Castillo | Date Terminated: 10/18/2010 |
| Demand: $9,999,000 | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Hudson Surgical Design, Inc.**　　　represented by　**David J. Sheikh**
Niro, Scavone, Haller &Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236–0733
Email: sheikh@nshn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Lee**
Niro, Scavone, Haller &Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236–0733
Email: clee@nshn.com
*ATTORNEY TO BE NOTICED*

**Laura Anne Kenneally**
Niro, Scavone, Haller &Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602–4515
312 236 0733
Email: kenneally@nshn.com
*ATTORNEY TO BE NOTICED*

**Richard Burns Megley , Jr.**
Niro, Scavone, Haller &Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236–0733
Email: megleyjr@nshn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Biomet, Inc.** | represented by | **Douglas D. Salyers** <br> Troutman Sanders LLP <br> 600 Peachtree Street <br> Suite 5200 <br> Atlanta, GA 30308–2216 <br> (404) 885–3000 <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert Edward Browne , Jr.** <br> Troutman Sanders <br> 55 W. Monroe St <br> Suite 3000 <br> Chicago, IL 60603 <br> (312) 759–1923 <br> Email: robert.browne@troutmansanders.com <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Biomet, Inc.** | represented by | **Douglas D. Salyers** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert Edward Browne , Jr.** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Hudson Surgical Design, Inc.** | represented by | **David J. Sheikh** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Christopher J. Lee** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Laura Anne Kenneally** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Richard Burns Megley , Jr.** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2010 | Ï 1 | COMPLAINT filed by Hudson Surgical Design, Inc.; Jury Demand. Filing fee $ 350, receipt number 0752–5025574. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sheikh, David) (Entered: 07/19/2010) |

| | | |
|---|---|---|
| 07/19/2010 | 3 | ATTORNEY Appearance for Plaintiff Hudson Surgical Design, Inc. by David J. Sheikh (Sheikh, David) (Entered: 07/19/2010) |
| 07/19/2010 | 4 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Hudson Surgical Design, Inc. *Plaintiff's Local Rule 3.2 Notice of Affiliates Disclosure Statement* (Sheikh, David) (Entered: 07/19/2010) |
| 07/19/2010 | 5 | Plaintiff's Local Rule 3.4 Notice of Claims Involving Patent by Hudson Surgical Design, Inc. (Sheikh, David) (Entered: 07/19/2010) |
| 07/19/2010 | 6 | ATTORNEY Appearance for Plaintiff Hudson Surgical Design, Inc. by Laura Anne Kenneally (Kenneally, Laura) (Entered: 07/19/2010) |
| 07/19/2010 | 7 | ATTORNEY Appearance for Plaintiff Hudson Surgical Design, Inc. by Christopher J. Lee (Lee, Christopher) (Entered: 07/19/2010) |
| 07/19/2010 | 8 | ATTORNEY Appearance for Plaintiff Hudson Surgical Design, Inc. by Richard Burns Megley, Jr (Megley, Richard) (Entered: 07/19/2010) |
| 07/19/2010 | | CASE ASSIGNED to the Honorable Ruben Castillo. Designated as Magistrate Judge the Honorable Michael T. Mason. (lcw, ) (Entered: 07/19/2010) |
| 07/19/2010 | | SUMMONS Issued as to Defendant Biomet, Inc. (emd, ) (Entered: 07/19/2010) |
| 07/23/2010 | 10 | WAIVER OF SERVICE returned executed by Hudson Surgical Design, Inc.. Biomet, Inc. waiver sent on 7/19/2010, answer due 9/16/2010. (Sheikh, David) Modified on 7/26/2010 (ea, ). (Entered: 07/23/2010) |
| 08/30/2010 | 11 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752–5165799. (Salyers, Douglas) (Entered: 08/30/2010) |
| 08/30/2010 | 12 | MINUTE entry before Honorable Ruben Castillo: The motion of Douglas D. Salyers for leave to appear pro hac vice 11 is granted. Mailed notice (ea, ) (Entered: 08/31/2010) |
| 08/31/2010 | 13 | ATTORNEY Appearance for Defendant Biomet, Inc. by Robert Edward Browne, Jr (Browne, Robert) (Entered: 08/31/2010) |
| 08/31/2010 | 14 | Answer, Affirmative Defenses, and Counterclaim of Biomet, Inc. by Biomet, Inc. (Browne, Robert) (Entered: 08/31/2010) |
| 08/31/2010 | 15 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Biomet, Inc. re other 14 (Browne, Robert) (Entered: 08/31/2010) |
| 09/13/2010 | 16 | MINUTE entry before Honorable Ruben Castillo: Parties to file a joint status report on or before 9/24/2010. The Court will hold a status hearing in open court on 9/29/2010 at 9:45 AM.Mailed notice (rao, ) (Entered: 09/13/2010) |
| 09/14/2010 | 17 | *FIRST* AMENDED complaint by Hudson Surgical Design, Inc. against Biomet, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sheikh, David) (Entered: 09/14/2010) |
| 09/24/2010 | 18 | REPORT of Rule 26(f) Planning Meeting (Attachments: # 1 Exhibit 1)(Sheikh, David) (Entered: 09/24/2010) |
| 09/28/2010 | 19 | ANSWER to amended complaint, COUNTERCLAIM filed by Biomet, Inc. against Hudson Surgical Design, Inc.. by Biomet, Inc.(Browne, Robert) (Entered: 09/28/2010) |
| 09/28/2010 | 20 | |

| | | |
|---|---|---|
| | | NOTIFICATION of Affiliates pursuant to Local Rule 3.1 by Biomet, Inc. an amended complaint, counterclaim 19 (Browne, Robert) (Entered: 09/28/2010) |
| 09/28/2010 | 21 | MOTION by Defendant Biomet, Inc. to transfer case *Defendants Biomet Orthopedics, LLC's and Biomet Manufacturing Corporation's Motion to Transfer* (Browne, Robert) (Entered: 09/28/2010) |
| 09/28/2010 | 22 | MEMORANDUM by Biomet, Inc. in support of motion to transfer case 21 (Browne, Robert) (Entered: 09/28/2010) |
| 09/28/2010 | 23 | DECLARATION of Robert J. Hall regarding memorandum in support of motion 22 (Browne, Robert) (Entered: 09/28/2010) |
| 09/28/2010 | 24 | DECLARATION of Robert E. Browne, Jr. regarding memorandum in support of motion 22 (Browne, Robert) (Entered: 09/28/2010) |
| 09/28/2010 | 25 | NOTICE of Motion by Robert Edward Browne, Jr for presentment of motion to transfer case 21 before Honorable Ruben Castillo on 10/5/2010 at 09:45 AM. (Browne, Robert) (Entered: 09/28/2010) |
| 09/29/2010 | 26 | MINUTE entry before Honorable Ruben Castillo:Status hearing held on 9/29/2010. Plaintiff's response to defendants' motion to transfer case 21 is due on or before 10/22/2010. Defendants' reply will be due on or before 11/5/2010. The Court will rule by mail. Motion hearing set for 10/5/2010 is vacated.Mailed notice (rao, ) (Entered: 09/29/2010) |
| 10/11/2010 | 27 | *Hudson Surgical Design, Inc.'s Answer to Counterclaims of Biomet Orthopedics, LLC and Biomet Manufacturing Corporation* ANSWER to counterclaim by Hudson Surgical Design, Inc.(Sheikh, David) (Entered: 10/11/2010) |
| 10/14/2010 | 28 | RESPONSE by Plaintiff Hudson Surgical Design, Inc. to motion to transfer case 21 *Plaintiff Hudson Surgical Design, Inc.'s Response to Defendants' Motion to Transfer* (Attachments: # 1 Exhibit A)(Sheikh, David) (Entered: 10/14/2010) |
| 10/18/2010 | 29 | MINUTE entry before Honorable Ruben Castillo: After a careful review of the Defendants' pending motion to transfer 21 and Plaintiff's response 28 thereto, the pending motion to transfer 21 is granted for the reasons outlined by Judge William Hart in the related case of Hudson v. DePuy, 10 C 2103 and for the reasons set forth in the pending motion pursuant to 28 U.S.C. §1404(a). This lawsuit is hereby transferred to the U.S. District Court for the Northern District of Indiana, South Bend Division pursuant to 28 U.S.C. §1404(a). Civil case terminated. Mailed notice (tlm) (Entered: 10/19/2010) |
| 11/04/2010 | 30 | TRANSFERRED to the Northern District of Indiana, South Bend Division, the electronic record. (psm, ) (Entered: 11/04/2010) |